JS-6

1  E. MARTIN ESTRADA
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   MARY TSAI, CSBN 216963
7  Special Assistant United States Attorney
8        Social Security Administration
         6401 Security Boulevard
9        Baltimore, MD 21235
10       Telephone: (510) 970-4864
11       Facsimile: (415) 744-0134
         Email: mary.tsai@ssa.gov
12 Attorneys for Defendant
13
14
                UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16                    WESTERN DIVISION
17

| | |
|---|---|
| DARRYL L. MORRIS, SR., | Case No. 2:22-cv-04377-ADS |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 6/20/2023          /s/ Autumn D. Spaeth
                          HON. AUTUMN D. SPAETH
                          UNITED STATES MAGISTRATE JUDGE